**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ARIELLE WILLIAMS,** **Plaintiff** | : | **No. 3:25cv1563** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **SCRANTON COUNSELING CENTER,** **Defendant** | : | |

**ORDER**

**AND NOW**, to wit, this 20th day of August, 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant Scranton Counseling Center's motion to dismiss, (Doc. 7), is **DENIED**.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**